Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 14−32971−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paola P Martinez
   831 Linden Ave, Apt #2−D
   Elizabeth, NJ 07202

Social Security No.:
   xxx−xx−3229

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/5/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 6, 2018
JAN: rah

          Jeanne Naughton
          Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                           Case No. 14-32971-RG
Paola P Martinez                                                 Chapter 13
       Debtor              CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 2          Date Rcvd: Mar 06, 2018
                              Form ID: 148                Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2018.
db           #+Paola P Martinez,   831 Linden Ave, Apt #2-D,    Elizabeth, NJ 07202-1678
515369755     American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
               Los Angeles, CA 90051-5478
515239888    +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
515165249    +Cap1/bstby,   Po Box 6497,   Sioux Falls, SD 57117-6497
515165253    +Exquisite Hm,   622 Bloomfield Ave,   Bloomfield, NJ 07003-2521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 07 2018 00:36:56     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 07 2018 00:36:54     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515165245      +EDI: BANKAMER.COM Mar 07 2018 05:13:00     Bank of America,
                 Attn: Bankruptcy Dept NC4-105-0314,   Po Box 26012,   Greensboro, NC 27420-6012
515165246      +EDI: TSYS2.COM Mar 07 2018 05:13:00     Barclays Bank Delaware,   Attn: Bankruptcy,
                 P.O. Box 8801,   Wilmington, DE 19899-8801
515165266       EDI: CITICORP.COM Mar 07 2018 05:13:00     Shell Oil / Citibank,
                 Attn: Centralized Bankruptcy,   Po Box 20363,   Kansas City, MO 64195
515165248      +EDI: CAPITALONE.COM Mar 07 2018 05:13:00     Cap One,   Po Box 5253,
                 Carol Stream, IL 60197-5253
515165247      +EDI: CAPITALONE.COM Mar 07 2018 05:13:00     Cap One,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
515299566       EDI: BL-BECKET.COM Mar 07 2018 05:13:00     Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
515165250      +EDI: WFNNB.COM Mar 07 2018 05:13:00     Cb/vicscrt,   Po Box 182789,   Columbus, OH 43218-2789
515165251      +EDI: WFNNB.COM Mar 07 2018 05:13:00     Comenity Bank/Fashion bug,   4590 E Broad St,
                 Columbus, OH 43213-1301
515165252       EDI: DIRECTV.COM Mar 07 2018 05:13:00     Direct TV,   PO Box 78626,   Phoenix, AZ 85062
515165254      +EDI: AMINFOFP.COM Mar 07 2018 05:13:00     First Premier Bank,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
515165255      +EDI: RMSC.COM Mar 07 2018 05:13:00     GECRB / HH Gregg,   Attention: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
515165256      +EDI: RMSC.COM Mar 07 2018 05:13:00     GECRB/Care Credit,   Attn: bankruptcy,   Po Box 103104,
                 Roswell, GA 30076-9104
515165257      +EDI: RMSC.COM Mar 07 2018 05:13:00     GECRB/JC Penny,   Attention: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
515165259      +EDI: RMSC.COM Mar 07 2018 05:13:00     GECRB/PC Richard,   Attn: Bankruptcy,   Po Box 103104,
                 Roswell, GA 30076-9104
515165260      +EDI: RMSC.COM Mar 07 2018 05:13:00     Gemb/walmart,   Attn: Bankruptcy,   Po Box 103104,
                 Roswell, GA 30076-9104
515165261      +EDI: CBS7AVE Mar 07 2018 05:13:00     Ginnys/Swiss Colony Inc,   Attn: Bankruptcy,
                 1112 7th Ave,   Monroe, WI 53566-1364
515165262      +EDI: CBSKOHLS.COM Mar 07 2018 05:13:00     Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
515381189       EDI: PRA.COM Mar 07 2018 05:13:00     Portfolio Recovery Associates, LLC,   c/o Best Buy,
                 POB 41067,   Norfolk VA 23541
515382863       EDI: PRA.COM Mar 07 2018 05:13:00     Portfolio Recovery Associates, LLC,   c/o Care Credit,
                 POB 41067,   Norfolk VA 23541
515382862       EDI: PRA.COM Mar 07 2018 05:13:00     Portfolio Recovery Associates, LLC,   c/o Pc Richards,
                 POB 41067,   Norfolk VA 23541
515381163       EDI: PRA.COM Mar 07 2018 05:13:00     Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
515244195       EDI: Q3G.COM Mar 07 2018 05:13:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
515165263      +EDI: SEARS.COM Mar 07 2018 05:13:00     Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
515253797      +EDI: CBS7AVE Mar 07 2018 05:13:00     Seventh Avenue,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
515165265      +EDI: CBS7AVE Mar 07 2018 05:13:00     Seventh Avenue,   PO Box 2819,   Monroe, WI 53566-8019
515165267      +EDI: WTRRNBANK.COM Mar 07 2018 05:13:00     Target N.b.,   Po Box 673,
                 Minneapolis, MN 55440-0673
515165268      +EDI: VERIZONEAST.COM Mar 07 2018 05:13:00     Verizon,   500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Christopher F. Struban Esq.
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Mar 06, 2018
                               Form ID: 148             Total Noticed: 34

515165258*        +GECRB/JC Penny,    Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
515165264*        +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
                                                                                          TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage
               Investments II Trust 2006-AR7 Mortgage Pass-Throu dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Paola P Martinez rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 3
```